IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARY REYNOLDS AND THOMAS REYNOLDS,

    Plaintiffs,

v.

EXETER FINANCE CORP.,

    Defendant.

_____/

Civil Action No.: 3:15-cv-671

## ORDER

This matter comes before the Court on the Joint Motion to Compel Arbitration and Dismiss filed by Plaintiffs Mary Reynolds and Thomas Reynolds ("Plaintiffs") and Defendant Exeter Finance Corp. ("Defendant"). Upon due consideration, the Court finds that the motion is well-taken, and the same is hereby GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that all claims asserted by Plaintiffs in the above-styled matter against Defendant are hereby compelled to arbitration.

The above-styled matter is hereby DISMISSED, WITHOUT PREJUDICE.

Done this 2nd day of April, 2015.

_____
HONORABLE JUDGE JANE J. BOYLE