**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Mary Reynolds and Thomas Reynolds, <br><br>  Plaintiffs, <br> v. <br><br> Exeter Finance Corp., <br><br>  Defendant. | Civil Action No.:  3:15-cv-00671-B |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Plaintiffs, Mary Reynolds and Thomas Reynolds (hereinafter "Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 4, 2015

                                               Respectfully submitted,

                                               By */s/ Jenny DeFrancisco*

                                               Jenny DeFrancisco, Esq.
                                               CT Bar # 432383
                                               LEMBERG LAW, L.L.C.
                                               1100 Summer Street, 3rd Floor
                                               Stamford, CT 06905
                                               Telephone: (203) 653-2250
                                               Facsimile:  (203) 653-3424
                                               E-mail: jdefrancisco@lemberglaw.com
                                               Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 4, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By _/s/ Jenny DeFrancisco_

              Jenny DeFrancisco, Esq.